AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

CORNELL PUMP COMPANY,

*Plaintiff(s)*

v.

THOMPSON PUMP AND MANUFACTURING COMPANY, INC. and PRECISION PUMP PARTS, INC.,

*Defendant(s)*

Civil Action No. 6:17-cv-847-Orl-41 TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Precision Pump Parts, Inc.
By serving its Registered Agent:
Spiegel & Utrera, P.A.
1840 S.W. 22nd Street, 4th Floor
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew R. Kruppa
Squire Patton Boggs (US) LLP
200 S. Biscayne Boulevard, 47th Floor
Miami, FL 33131-2398
Telephone: (305) 577-7712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 11, 2017

*Signature of Clerk or Deputy Clerk*